# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

TODD KOCH, et al.,

        Plaintiffs,

v.

GETZ PAINTING, LLC., et al.,

        Defendants.

2:07-CV-608 JCM (GWF)

Date:    N/A
Time:    N/A

**ORDER**

Presently before the court is the case of *Koch et al v. Getz Painting, LLC et al* (07-cv-00608-JCM-GWF).

On July 26, 2010, pursuant to Local Rule 41-1, the clerk of the court informed plaintiff that, if no action was taken in this case within thirty (30) days, the court would dismiss the case for want of prosecution. (Doc. #74). To date, plaintiff has not taken any further action.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the case of *Koch et al v. Getz Painting, LLC et al* (07-cv-00608-JCM-GWF) be, and the same hereby is, DISMISSED.

DATED this 7th day of September, 2010.

*/s/ James C. Mahan*
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**